COMMONWEALTH *vs.* GEORGE POPE & another.

In an indictment for wilfully obstructing the engine passing upon a railroad alleged to be built by the Boston and Worcester Railroad Company. it is a fatal variance if the true name is the Boston and Worcester Railroad Corporation.

THE defendants were indicted under *St.* 1852, *c.* 186, § 2, for wilfully obstructing the engine and carriages passing upon a railroad built by the Boston and Worcester Railroad Company. The evidence was that the corporate name of the corporation was the Boston and Worcester Railroad Corporation. See *St.* 1831, *c.* 72. The defendant objected because of the variance, but *Mellen,* J., in the court of common pleas, overruled the objection, and the defendant being convicted, excepted to the ruling.

*C. R. Train,* for the defendant.

*J. H. Clifford,* (attorney-general,) for the commonwealth

BY THE COURT.

*Exceptions sustained and verdict set aside.*